UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60501-CIV-SMITH

HOWARD COHAN,

     Plaintiff,

v.

TOPGOLF USA PPB, LLC
d/b/a TOPGOLF,

     Defendant.

_____/

## **NOTICE OF SETTLEMENT**

     Plaintiff Howard Cohan and Defendant Topgolf USA  PPB,  LLC, pursuant to S.D. Fla. L.R. 16.4, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents.  The parties respectfully request thirty days to file their stipulation of dismissal with prejudice.

     Dated: May 17, 2024

Respectfully submitted,

*/s/  Gregory Sconzo*
Gregory S. Sconzo
  Florida Bar No. 0105553
  greg@sconzolawoffice.com
Samantha L. Simpson
  Florida Bar No.1010423
  samantha.sconzolawoffice.com
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: 561-729-0940
Facsimile: 561.491.9459
*Counsel for Plaintiff*

*/s/ Paul De Boe*
Paul J. De Boe, Esq.
  Florida Bar No.: 52051
  paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Ste. 1625
Miami, Florida  33156
Telephone:  305.374.0506
Facsimile:  305.374.0456
*Counsel for Defendant*