UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                       CASE NO.:   0:24-cv-60501-RS

TOPGOLF USA PPB, LLC
a Foreign Limited Liability Company
d/b/a TOPGOLF

    Defendant(s).
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, TOPGOLF USA PPB, LLC, a Foreign Limited Liability Company, d/b/a TOPGOLF.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to Defendant's Counsel, Paul De Boe, Esq., via email at paul.deboe@ogletreedeakins.com

                      By: **/s/ Gregory S. Sconzo**
                      GREGORY S. SCONZO, ESQUIRE
                      Florida Bar No.: 0105553
                      SAMANTHA L. SIMPSON, ESQ.
                      Florida Bar No.: 1010423
                      **Primary Email:** greg@sconzolawoffice.com
                      **Primary Email:** samantha@sconzolawoffice.com
                      **Secondary Email:** perri@sconzolawoffice.com
                      **Sconzo Law Office, P.A.**
                      3825 PGA Boulevard, Suite 207
                      Palm Beach Gardens, FL 33410
                      Telephone: (561) 729-0940
                      Facsimile: (561) 491-9459